No. 4242.—PUEBLO, apldo., *v.* VÁZQUEZ, aplte.—C. D. Guayama. Adulteración de leche. Noviembre 10, 1930.*

No. 4241.—PUEBLO, apldo., *v.* OCASIO, aplte.—C. D. Ponce. Violación. Noviembre 10, 1930.

No. 4103.—PUEBLO, apldo., *v.* QUIÑONES, aplte.—C. D. Humacao. Ataque para cometer asesinato. Noviembre 17, 1930.

No. 4249.—PUEBLO, apldo., *v.* PABÓN., aplte.—C. D. Aguadilla. Adulteración de leche. Noviembre 17, 1930.

No. 4251.—PUEBLO, apldo., *v.* BONILLA, aplte.—C. D. Arecibo. Seducción. Noviembre 17, 1930.

No. 4264.—PUEBLO, apldo., *v.* MERCADO ET AL., apltes.—C. D. Aguadilla. Noviembre 17, 1930.

No. 4265.—PUEBLO, apldo., *v.* OCASIO, aplte.—C. D. Mayagüez. Infracción artículo 291 del Código Penal. Noviembre 17, 1930.

No. 4266.—PUEBLO, apldo., *v.* CHARNECO, aplte.—C. D. Aguadilla. Hurto menor. Noviembre 17, 1930.

No. 4267.—PUEBLO, apldo., *v.* CASTRO, aplte.—C. D. Aguadilla. Infracción a la sección 1 de la Ley No. 73 de 1919. Noviembre 17, 1930.

No. 4272.—PUEBLO, apldo., *v.* RODRÍGUEZ, aplte.—C. D. Humacao. Alterar la paz. Noviembre 17, 1930.

No. 4276.—PUEBLO, apldo., *v.* OROPESA, aplte.—C. D. Arecibo. Acometimiento y agresión grave. Noviembre 17, 1930.

No. 4285.—PUEBLO, apldo., *v.* VELÁZQUEZ, aplte.—C. D. Humacao. Acometimiento y agresión grave. Noviembre 24, 1930.

No. 4286.—PUEBLO, apldo., *v.* ARCE, aplte.—C. D. Mayagüez. Infracción Ley de Rentas Internas. Noviembre 24, 1930.

No. 4287.—PUEBLO, apldo., *v.* CRUZ, aplte.—C. D. Mayagüez. Falsificación. Noviembre 24, 1930.

No. 4288.—PUEBLO, apldo., *v.* HENRY, aplte.—C. D. Maya-